UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

John H. Reuer and
Larry R. Maetzold,

        Plaintiffs,

v.    ORDER

Grand Casino Hinckley and
Grand Casino's, Inc.,

        Defendants.    Civ. No. 09-1798 (MJD/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    Chief Magistrate Judge Raymond L. Erickson filed the Report and Recommendation for this case on August 5, 2009 stating that if the plaintiffs elected not to challenge the recommendation and pay the $350.00 filing fee they may be allowed to pursue their claims as non-IFP litigants. The filing fee was paid in full on August 21, 2009. [Doc. #5]

    **IT IS ORDERED**:    The Application to Proceed in forma pauperis motions [Docket Nos. 2 and 3] and Report and Recommendation [Doc. #4] shall be deemed moot.

DATED: August 25, 2009

At Minneapolis, Minnesota

        s/Michael J. Davis
        Michael J. Davis, Chief Judge
        United States District Court