UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

John H. Reuer and
Larry R. Maetzold,

        Plaintiffs,

v.

Grand Casino Hinckley and
Grand Casino's, Inc.,

        Defendants.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 09-1798 (MJD/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That the Plaintiffs' Motion to Postpone the Hearing, and to Compel Production of Documents [Docket Nos. 27 and 28] are denied, and that the Defendant's Motion to Dismiss [Docket No. 12] is granted. Let Judgment be Entered.

DATED: August 24, 2010          s/Michael J. Davis
At Minneapolis, Minnesota      Michael J. Davis, Chief Judge
                                       United States District Court